**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID M. WARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant Experian Information Solutions, Inc. ("Defendant"), pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p hereby gives notice that this action is removed from the Justice of the Peace Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware.  As grounds for removal, Experian states as follows:

### I.    BACKGROUND

1.    On September 26, 2024, Plaintiff David M. Ware filed the Complaint in this Action in the Justice of Peace Court of the State of Delaware in and for New Castle County Court No. 13. Pursuant to 28 U.S.C. § 1446(a), copies of all processes and pleadings, including a copy of the Complaint and Summons from C.A. No. JP13-24-01406, are attached hereto as **Exhibit A**.

2.    Defendant was served with a copy of the Complaint and summons on October 15, 2024. A copy of the proof of service is attached hereto as **Exhibit B**.

3.    This removal, therefore, is being affected within 30 days of receipt of the Complaint by Defendant, as required by 28 U.S.C. § 1446(b).

4.    Experian entered its appearance, filed its answer, and moved to dismiss this case on November 6, 2024. A copy of these filings is attached hereto as **Exhibit C**. No other process,

pleadings or orders, other than the documents attached hereto as Exhibit A, have been served upon or delivered to Experian.

5.      The Complaint alleges damages in the amount of $20,200.00 as a result of violations of the Fair Credit Reporting Act (15 U.S.C. §§ 1681-1681u).

6.      Upon information and belief, Plaintiff David M. Ware ("Plaintiff"), at the time of filing his Complaint was, and at all times since has been, an individual residing in the State of Delaware.

7.      Experian is now, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business in the State of California.

## II.    FEDERAL QUESTION

8.      Under 28 U.S.C. § 1331, the above-entitled cause is a civil action at law of which the United States District Court for the District of Delaware has original jurisdiction, because said cause presents a federal question, and the action therefore may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9.      In his Complaint, Plaintiff makes a claim for unfair consumer reporting practices. The Complaint alleges that Experian has reported inaccurate information on Plaintiff's credit report.  *See* **Exhibit A**.

10.     The scope and application of rights and remedies available to Plaintiff falls under the Fair Credit Report Act, 15 U.S.C. §§ 1681-1681u, for which jurisdiction is specifically granted to the United States District Courts by 15 U.S.C. § 1681p.

11.     Pursuant to 28 U.S.C. § 1441, this action is removable to the United States District Court for the District of Delaware, which provides that any civil action brought in a State Court

where the District Courts of the United States have original jurisdiction is removable to the Division of the United States District Court embracing the place where such action is pending.

12.     This District Court has original jurisdiction of this action pursuant to 15 U.S.C. § 1681p. Therefore, pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the District Court for the District of Delaware, the district and division in which the state court action is pending.

## III.     ALL OTHER REMOVAL REQUIREMENTS WILL BE MET

13.     Pursuant to 28 U.S.C. § 1446(a), Defendant is entitled to remove the above action from the Justice of the Peace Court No. 13 for the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware.

14.     In accordance with 28 U.S.C. § 1446(b), this Notice has been filed within 30 days of service of the Complaint on Defendants.

15.     Defendant has attached hereto as **Exhibit A** and **Exhibit B**, copies of all process and pleadings served upon it in the state action.

16.     Defendant will promptly file a Notice of the Notice of Removal with the Justice of the Peace Court No. 13 for the State of Delaware in and for New Castle County and will serve Plaintiff with same. A true and correct copy of the Notice of Filing a Notice of Removal is attached hereto as **Exhibit D**.

**WHEREFORE**, Defendant Experian gives notice that the above-entitled action is removed and transferred forthwith from the Justice of the Peace Court of the State of Delaware in and for New Castle County to the United States District for the District of Delaware.

                                                    /s/ Travis S. Hunter

Of Counsel:                                         Travis S. Hunter (#5350)
                                                    Jessica E. Blau (#7163
Rose M. Mooney                                      RICHARDS, LAYTON & FINGER, P.A.
JONES DAY                                           One Rodney Square
100 High Steet, 21st Floor                          920 N. King Street
Boston, MA 02110                                    Wilmington, DE 19801
(617) 449-6866                                      (302) 651-7700
mooney@jonesday.com                                 hunter@rlf.com
                                                    blau@rlf.com

Dated: November 14, 2024                            *Attorneys for Defendant*
                                                    *Experian Information Solutions, Inc.*