# EXHIBIT A

JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR New Castle COUNTY
COURT NO. 13

**COURT ADDRESS**
2 Pems way
New Castle DE 19720

CIVIL ACTION NO. JP13.24.014106

Please list plaintiffs and defendants. Add additional party names and addresses on form CF01AP.

| PLAINTIFF(S) | VS. | DEFENDANT(S) |
|---|---|---|
| 1) Name David M. Ware | | 1) Name Experain |
| Address ☐ Address has changed 1231 Compass Way Newark DE 19711 | | Address ☐ Address has changed PO Box 9701 Allen TX 75013 |
| **System ID#** | | **System ID#** |
| Phone | | Phone |
| Email Address | | Email Address |

| PLAINTIFF(S) | VS. | DEFENDANT(S) |
|---|---|---|
| 2) Name | | 2) Name |
| Address ☐ Address has changed | | Address ☐ Address has changed |
| **System ID#** | | **System ID#** |
| Phone | | Phone |
| Email Address | | Email Address |

**Plaintiff's Attorney or Agent, if any:**

Address
**System ID#** (bar#)
Phone
Email address

**Defendant's Attorney or Agent, if any:**

Address
**System ID#** (bar#)
Phone
Email Address

Check One
☒ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)

Check One
☐ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)
Alternate Address ☐ Physical ☐ Mailing ☐ Rental

**Type of Service:** (Check One)
☒ Court Service
☐ Special Process Server

**Type of Action:** (Check One)
☒ Debt ☐ Replevin ☐ Trespass ☐ Summary Possession (LLT) - Specify
☐ Deficiency Judgment ☐ Commercial Unit ☐ Residential Unit

COMPLAINT-

1. Concise Statement of Facts: (Who, What, When, Where, How?)
I have sent dispute letters to the Company for a bankruptcy that is not to be Reported on my FICO They have been notified about the aggravated Identity Theft

2. Relief Sought:
$ $20,000 Amount of money claimed. (Not including interest)
$ _____ Pre Judgment Interest at _____ % legal rate OR _____ % contractual rate
$ _____ Post Judgment Interest at _____ % legal rate OR _____ % contractual rate
$ $200 Court Costs.
$ _____ Other _____
☐ Possession
☐ Return of personal property OR $ _____

Jury Trial Demanded (Possession only) ☐ Yes ☐ No
Total value (Attach list of property stating description, number and value of items on 8 ½" x 11" paper

TO: THE JUSTICE OF THE PEACE COURT
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding: or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process.

9/26/24
Date

David M Ware
Plaintiff or Plaintiff's Attorney

II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS AND ORDERS. Rule 3. Commencement of action.

P Civil Form No. 01 (Rev 9/2/20)

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

David M ware
1504 Historical Way
Claymont, DE 19703
SSN: 3046
DOB: March 19, 1984

Experian
P.O. Box 4701
Allen, TX 75013

To whom it may concern:

When I made the decision to use my rights under FCRA, it was with an eye on challenging any information found in credit reports that are not accurate. By fighting back against this injustice, I am ensuring that the information on my credit report is accurate and reliable. I have every right to challenge any inaccuracies in a manner compliant with federal law when they are negatively affecting me financially because of their accuracy or completeness. This is just an allegation. There's no proof that I'm delinquent or derogatory, so how can you report this? With all due respect, the claims within my report are wrong! You have to follow proper procedures if these claims are in your system and to be used in my credit reports! I challenge the accuracy and fairness of your findings by demanding evidence before you make any claims and take such drastic measures against my reputation. I know that you can't just decide which rules apply to your organization, so I won't let anyone report any false claims. It's important to make sure all of your claims are accurate and reported in the correct format — this is required by law (FCRA) as well as Metro 2 standards. For any negative account I demand documentation / proof proving why your company considers it delinquent or derogatory. You have yet to provide me records documenting how your company verified and validated these accounts / claims. Your proof of each negative claim you placed on my credit report should also include proof of a permissible purpose for any inquiry into the account. It's time for me to get my life back! I need you to send over some physical proof of what has been done and an updated credit report. Either confirm that this matter has been reported correctly or remove it from the report immediately. I am giving you 30 days to investigate. These allegations are without merit. Please provide accurate and verified information for each claim. If any of these claims are not true, please delete them immediately so I can restore my good name.

Below is a summary of the data in which I am challenging:

Summary of Public Records being challenged in list form
BankruptcyChapter7 (HRJZ) — (BS-7) Discharged

## Bankruptcy

| | Experian | | | Experian |
|---|---|---|---|---|
| Asset Amount: | | Closing Date: | | |
| Court: | US BKPT CT PA PHILADEL | Date Filed/Reported: | | 2017-08-29 |
| Exempt Amount: | $0.00 | Liability: | | |
| Reference#: | 1715815JKF | Status: | | Discharged |
| Type: | BankruptcyChapter7 | | | |

The content mentioned above has never been certified to conform to any reporting standards. The data provided has never been verified or complete, and it's also out of date. In order to comply with reporting obligations and consumer legislation, documentation confirming compliance is required. The information given so far is insufficient, and I demand that any wrong, incomplete, or unsupported material be deleted.

When I scrutinized "Court" presenting "US BKPT CT PA PHILADEL". The information reported doesn't seem to meet the standards set by Metro 2 guidelines. You must make sure all fields are filled out correctly and in 100% compliances prior adding anything onto my credit profile! Please remove this inaccurate record from my report or provide proof of your compliance with applicable standards.

Let's examine "Type" showing "BankruptcyChapter7" Compliance with Metro 2 standards is paramount to ensure accurate data reporting. There can be NO deviation from these mandatorily required fields, or it would compromise the integrity of all reported information. When reviewing this account, apparent inaccuracies call into question the entire account!

Viewing "Status" demonstrating "Discharged" The accuracy of my credit report is crucial to me. My future financing options may be limited if the information in it isn't accurate and I'll need even more than just good scores before getting approved for anything! This account seems to be inaccurate and not adhering to compliance standards.

Sincerely

Page 1 of 3

David M Ware
1507 Historical Way
Claymont, DE 19703
SSN: 3046
DOB: March 19, 1984

Experian
P.O. Box 4701
Allen, TX 75013

You are not following the rules. I have listed all of my rights in this document so that they can be met accordingly, but it appears you do not care about fulfilling your obligations under Fair Credit Reporting Act (FCRA) or Metro 2 law

David M Ware

Please send your written response to my address of 1507 Historical Way, Claymont, DE 19703

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am writing to inform you that I am aware of your illegal practices of sending form letters in response to disputes and challenges from consumers, regardless of the specific information that they have provided. This is in violation of 15 U.S. Code 5 1681i, which requires that each dispute and challenge must be addressed individually and on its own merits. My letters were created using software that is available to everyone. If you don't process my letters, you are violating my rights as a consumer. I will consider this to be an intentional disregard of my rights, and I will contact my lawyer to take legal action.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



David M. Ware
1507 Historical Way
Claymont, DE 19703
SSN: 3046
DOB: March 19, 1984

Experian
P.O. Box 9701
Allen, TX 75013



Page 3 of 3



*Form 235* (3/23)–doc 40

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    David M. Ware | ) | Case No. 17–15815–jkf |
| | ) | |
| | ) | |
|     Danielle C. Ware | ) | Chapter: 7 |
|     aka Danielle Kane | ) | |
|     Debtor(s). | ) | |

### <u>Notice to debtor(s) in re: credit reporting</u>

     In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

     The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

     For more information, please visit the following webpage:
     (<u>https://www.paeb.uscourts.gov/credit–reporting–and–court–records</u>)

Date: July 22, 2024

     For The Court

     Timothy B. McGrath
     Clerk of Court

004915

30509004919019

JP13-24-01406

Average time to complete: 10 minutes

# Identity Theft Victim's Complaint and Affidavit

*A voluntary form for filing a report with law enforcement, and disputes with credit reporting agencies and creditors about identity theft-related problems. Visit ftc.gov/idtheft to use a secure online version that you can print for your records.*

**Before completing this form:**
1. Place a fraud alert on your credit reports, and review the reports for signs of fraud.
2. Close the accounts that you know, or believe, have been tampered with or opened fraudulently.

## About You (the victim)

### Now

(1) My full legal name: David          Marcus          Ware
    First          Middle          Last          Suffix

(2) My date of birth: 03/19/1984
    mm/dd/yyyy

(3) My Social Security number: ███████████

(4) My driver's license: DE          1562695
    State          Number

(5) My current street address:
    1231 Compass Way                    1231
    Number & Street Name          Apartment, Suite, etc.
    Newark          DE          19711          US
    City          State          Zip Code          Country

(6) I have lived at this address since    08 2024
    mm/yyyy

(7) My daytime phone: (302) 867-4775
    My evening phone: (302) 867 4775
    My email: davidWare047@gmail.com

> Leave (3) blank until you provide this form to someone with a legitimate business need, like when you are filing your report at the police station or sending the form to a credit reporting agency to correct your credit report.

### At the Time of the Fraud

(8) My full legal name was: David          Marcus          Wore
    First          Middle          Last          Suffix

(9) My address was: 1507 Historical Way
    Number & Street Name          Apartment, Suite, etc.
    Claymont          DE          19703          US
    City          State          Zip Code          Country

(10) My daytime phone: (302) 867-4775          My evening phone: (302) 867-4775
    My email: davidWare047@gmail.com

> Skip (8) - (10) if your information has not changed since the fraud.

The Paperwork Reduction Act requires the FTC to display a valid control number (in this case, OMB control #3084-0047) before we can collect – or sponsor the collection of – your information, or require you to provide it.

H-1

Victim's Name _David M. Ware_    Phone number (305) 867-4775  Page 2

## About You (the victim) (Continued)

## Declarations

(11)  I  ☐ did  OR  ☒ did not   authorize anyone to use my name or personal information to obtain money, credit, loans, goods, or services — or for any other purpose — as described in this report.

(12)  I  ☐ did  OR  ☒ did not   receive any money, goods, services, or other benefit as a result of the events described in this report.

(13)  I  ☒ am  OR  ☐ am not   willing to work with law enforcement if charges are brought against the person(s) who committed the fraud.

## About the Fraud

(14)   I believe the following person used my information or identification documents to open new accounts, use my existing accounts, or commit other fraud.

| (14): Enter what you know about anyone you believe was involved (even if you don't have complete information). |
|---|

Name: _Experian, Transunion, Equifax_
First      Middle      Last      Suffix

Address: _____
Number & Street Name      Apartment, Suite, etc.

_____
City      State      Zip Code      Country

Phone Numbers: (___)_____  (___)_____

Additional information about this person: _____
_See attached Affidaint Document._

Victim's Name _David Marcus Ware_    Phone number (202) 867-4775    *Page 3*

(15) Additional information about the crime (for example, how the identity thief gained access to your information or which documents or information were used): _Attach Affidavit of Truth._

| (14) and (15): Attach additional sheets as needed. |

## Documentation

(16)    I can verify my identity with these documents:

☑ A valid government-issued photo identification card (for example, my driver's license, state-issued ID card, or my passport).
*If you are under 16 and don't have a photo-ID, a copy of your birth certificate or a copy of your official school record showing your enrollment and legal address is acceptable.*

☑ Proof of residency during the time the disputed charges occurred, the loan was made, or the other event took place (for example, a copy of a rental/lease agreement in my name, a utility bill, or an insurance bill).

| (16): Reminder: Attach copies of your identity documents when sending this form to creditors and credit reporting agencies. |

## About the Information or Accounts

(17)    The following personal information (like my name, address, Social Security number, or date of birth) in my credit report is inaccurate as a result of this identity theft:

(A) _15 USC 1681c-2 is specifically clear_
(B) _on what a Consumer Reporting agency_
(C) _must do regarding alleged identity_

(18)    Credit inquiries from these companies appear on my credit report as a result of this identity theft:

Company Name: _Eastern District Court of Pennsylvania_

Company Name: _Equalix_

Company Name: _Transunion and Experian_

Victim's Name _Dwayl M. War_    Phone number (301)-8674775    Page 4

(19)    Below are details about the different frauds committed using my personal information.

| | |
|---|---|
| **Name of Institution**         **Contact Person**         **Phone**         **Extension**<br><br>**Account Number**         **Routing Number**         **Affected Check Number(s)**<br><br>**Account Type:** ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan<br>            ☐ Government Benefits   ☐ Internet or Email   ☐ Other<br><br>**Select ONE:**<br>        ☐ This account was opened fraudulently.<br>        ☐ This was an existing account that someone tampered with.<br><br>**Date Opened or Misused (mm/yyyy)**    **Date Discovered (mm/yyyy)**    **Total Amount Obtained ($)** | **(19):**<br>If there were more than three frauds, copy this page blank, and attach as many additional copies as necessary.<br><br>Enter any applicable information that you have, even if it is incomplete or an estimate. |
| **Name of Institution**         **Contact Person**         **Phone**         **Extension**<br><br>**Account Number**         **Routing Number**         **Affected Check Number(s)**<br><br>**Account Type:** ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan<br>            ☐ Government Benefits   ☐ Internet or Email   ☐ Other<br><br>**Select ONE:**<br>        ☐ This account was opened fraudulently.<br>        ☐ This was an existing account that someone tampered with.<br><br>**Date Opened or Misused (mm/yyyy)**    **Date Discovered (mm/yyyy)**    **Total Amount Obtained ($)** | If the thief committed two types of fraud at one company, list the company twice, giving the information about the two frauds separately.<br><br>*Contact Person:* Someone you dealt with, whom an investigator can call about this fraud.<br><br>*Account Number:* The number of the credit or debit card, bank account, loan, or other account that was misused. |
| **Name of Institution**         **Contact Person**         **Phone**         **Extension**<br><br>**Account Number**         **Routing Number**         **Affected Check Number(s)**<br><br>**Account Type:** ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan<br>            ☐ Government Benefits   ☐ Internet or Email   ☐ Other<br><br>**Select ONE:**<br>        ☐ This account was opened fraudulently.<br>        ☐ This was an existing account that someone tampered with.<br><br>**Date Opened or Misused (mm/yyyy)**    **Date Discovered (mm/yyyy)**    **Total Amount Obtained ($)** | *Dates:* Indicate when the thief began to misuse your information and when you discovered the problem.<br><br>*Amount Obtained:* For instance, the total amount purchased with the card or withdrawn from the account. |

H-4

**AMERICAN ARBITRATION ASSOCIATION** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

1101 Laurel Oak Road
Voorhees, NJ 08043

October 18, 2024

David M. Ware
1507 Historical Way
Claymont, DE 19703
Via Email to: davidware047@gmail.com

John A. Vogt, Esq.
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Via Email to: Javogt@jonesday.com

**Case Number: 01-24-0007-6088**

**David M. Ware**
-vs-
**Experian Information Solutions, Inc.**

Dear Claimant:

This will acknowledge receipt of claimant's demand for arbitration. The AAA's administrative filing requirements have not been met.

Because the filing requirements have not been met, no answering statement or counterclaim is due at this time. Once any filing deficiencies have been cured, a case manager will notify the parties of the appropriate response dates.

Prior to proceeding with further administration of this case, the AAA requests that the claimant provide the following:

- **An agreement, contract or terms of service providing for administration by the American Arbitration Association (this includes a submission to dispute resolution signed by both parties).**

Upon receipt of the above by November 1, 2024, the AAA will proceed with administration of this case. If we do not timely receive the requested information, we may administratively close this matter as not properly filed.

Thank you for your attention to this matter. Please contact me if you have any questions.

Sincerely,

Consumer Filing
Email: ConsumerFiling@adr.org
Fax: (877)304-8457

## FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
176941898

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| David | M | Ware |
| **Address:** | **Phone:** | **Email:** |
| 1507 Historical Way Claymont , DE 19703 USA | 302-867-4775 | davidware047@gmail.com |

## Personal Statement

Experian has been reporting information false information about an bankruptcy from 15 USC 1681 Fair reporting act . I did not give this company permissible purpose to report any of my information to a third party. Eastern District of Pennsylvania Case No. 17-15815-JKF has been reported several times to my credit report. i am asking that this company removes and block it. CF FiNANCE company 651209, Capital One Auto Finan 620621, Citadel Federal Cred u 853908, Mohela Dept ED 312280, Affrim ORQ7wCxx, SelfAtlantic Capital CBA000, Capital one 400344, Capital one, 517805 I will address this matter one time I am a victim of identy theft 15 USC 1681-c-2 is specifically clear on what a consumer reporting agency must do regarding alleged identity. 15 USC 1681b (C) Furnishing reports with connection with credit or Insurance transaction that are not initiated by consumer information regarding inquires Expect as provided in section 1681g of this tittle a consumer agency shall not furnish to

## Accounts Affected by the Crime

| Fraudulent Online Shopping or Payment Account | | |
|---|---|---|
| **Company or Organization:** | Experian | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 8/2017 | 8/2024 | $ 50000 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| **Credit Inquiries** | Experian, Equifax, transunion |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**David M Ware**
David M Ware

**10/24/2024**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Victim's Name ___David M. Ware___    Phone number (30) 867-4775    Page 5

## Your Law Enforcement Report

(20)    One way to get a credit reporting agency to quickly block identity theft-related information from appearing on your credit report is to submit a detailed law enforcement report ("Identity Theft Report"). You can obtain an Identity Theft Report by taking this form to your local law enforcement office, along with your supporting documentation. Ask an officer to witness your signature and complete the rest of the information in this section. It's important to get your report number, whether or not you are able to file in person or get a copy of the official law enforcement report. Attach a copy of any confirmation letter or official law enforcement report you receive when sending this form to credit reporting agencies.

Select ONE:
- ☐ I have not filed a law enforcement report.
- ☐ I was unable to file any law enforcement report.
- ☐ I filed an automated report with the law enforcement agency listed below.
- ☐ I filed my report in person with the law enforcement officer and agency listed below.

> (20):
> Check "I have not..." if you have not yet filed a report with law enforcement or you have chosen not to. Check "I was unable..." if you tried to file a report but law enforcement refused to take it.
>
> *Automated report:* A law enforcement report filed through an automated system, for example, by telephone, mail, or the Internet, instead of a face-to-face interview with a law enforcement officer.

_____    _____
Law Enforcement Department                State

_____    _____
Report Number                Filing Date (mm/dd/yyyy)

_____    _____
Officer's Name (please print)      Officer's Signature

_____    (____)_____
Badge Number                Phone Number

Did the victim receive a copy of the report from the law enforcement officer?    ☐ Yes    OR    ☐ No

Victim's FTC complaint number (if available): _____

H-5

Victim's Name _DAVID M. Ware_    Phone number _(302) 367 4795_    Page 6

## Signature

**As applicable, sign and date IN THE PRESENCE OF a law enforcement officer, a notary, or a witness.**

(21)    I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith. I understand that this complaint or the information it contains may be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

_David M. Ware_    _11/1/24_
Signature                                              Date Signed (mm/dd/yyyy)

## Your Affidavit

(22)    If you do not choose to file a report with law enforcement, you may use this form as an Identity Theft Affidavit to prove to each of the companies where the thief misused your information that you are not responsible for the fraud. While many companies accept this affidavit, others require that you submit different forms. Check with each company to see if it accepts this form. You should also check to see if it requires notarization. If so, sign in the presence of a notary. If it does not, please have one witness (non-relative) sign that you completed and signed this Affidavit.

PATRICIA D. WHITLEY
MY COMMISSION
EXPIRES
March 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE

Notary

**Witness:**

_Patricia D. Whitley_         _Patricia D. Whitley_
Signature                                    Printed Name

_November 1, 2024_            _302-345-8465_
Date                                           Telephone Number

H-6

AFFIDAVIT OF TRUTH

In reference to
David Marcus Ware (Trustor)
1231 Compass Way
Newark De 19711

Experian, Transunion, Equifax has been reporting false information about a bankruptcy from 15 USC 1681 Fair reporting act . I did not give this company permissible purpose to report any of my information to a third party. Eastern District of Pennsylvania Case No. 17-15815-JFK  has been reported several times to my credit report. i am asking that this company removes and block it. CF FiNANCE company 651209, Capital One Auto Finance 620621, Citadel Federal Cred u 853908, Mohela Dept ED 312280, Affrim ORQ7wCxx, SelfAtlantic Capital CBA000, Capital one 400344, Capital one, 517805 I will address this matter one time I am a victim of identy theft 15 USC 1681-c-2 is specifically clear on what a consumer reporting agency must do regarding alleged identity. 15 USC 1681b (C) Furnishing reports with connection with credit or Insurance transaction that are not initiated by consumer information regarding inquires Expect as provided in section 1681g of this tittle a consumer agency shall not furnish to


The undersigned Affiant, David M Ware, Authorized Representative for David M Ware , Applicant and alleged Borrower, hereinafter, "Affiant", does solemnly swear, declare under penalty of perjury and state as follows:
1. Affiant is competent to state the matters set forth herein.
2. Affiant has knowledge of the facts stated herein.
3. All the facts herein are true, correct and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.
PLAIN STATEMENT OF FACTS
1. There is no evidence that  David M Ware has any outstanding liabilities or obligations with
DEBT COLLECTOR under the doctrine of ultra vires. By doctrine of ultra vires, a
 contract made by a corporation beyond the scope of its corporate powers is unlawful. Affiant believes there is no proof to the contrary.

2. DEBT COLLECTOR failed to provide proof of FULL DISCLOSURE to all matters dealing with the above loan and said agreement and contract as required by law in the Truth-in-Lending Act pursuant to 15 USC 1601. The Bank failed to provide me all documented information that I requested in the Notice of Adequate Assurance of Due Performance sent to the bank on 8/2017

by USPS Certified Mail #{Insertnumber} {Insert number}. In addition, my Notice and Demand: Second Request for 8/2017

Documentation of Claim was sent to the bank by USPS Certified Mail #{Insert number} {Insert number} and received on 8/2017 by Bank's attorney Lundberg and Associates. The original lender willfully committed fraud of inducement in executing the contract through their lack of full disclosure. Affiant believes there is no proof to the contrary.

3. DEBT COLLECTOR brought forward and loaned its own 'CREDIT' within the Transaction/Contract. Banks do not have the authority to create nor loan out credit and have committed unlawful acts of fraud and have violated SEC rules and regulations. Affiant believes there is no proof to the contrary.

4. DEBT COLLECTOR failed to prove that the undersigned's signature on the original 'Contract' did not create the value for the credit issued. Affiant believes there is no proof to the contrary.

5. DEBT COLLECTOR, failed to produce for my inspection upon demand as required by law, the original(Wet Signature) documents including the Deed of Trust and the Promissory Note and allonge, as evidence that they are, in fact, the holder in due course of the purported obligation. Despite bring given two opportunities to provide proof of claim on this matter via certified mail, Bank can not and have not been able to provide presentment upon demand. Affiant believes there is no proof to the contrary.

6. DEBT COLLECTOR has no evidence that the Bank was put at risk by extending the above-referenced loan of credit to David M Ware Therefore, the Bank has not put forth any consideration in the alleged contract. Without Consideration, the Contract is null and void. There is no proof to the contrary.

7. DEBT COLLECTOR has no evidence that it was/is or will be damaged if the above-referenced alleged credit debt is not repaid. There is no proof to the contrary.8. DEBT COLLECTOR failed to prove that they have a proof of claim Note Holder in Due Course pursuant of U.C.C. - ARTICLE 3 -§3-302 despite two qualified written request's demanding the Bank to stipulate and clarify this fact. No where on the loan documents or deed of trust was there mention of the word "holder". There is no proof to the contrary.

9. If in fact DEBT COLLECTOR has the authority to enforce the alleged agreement through a collection agency, they have provided no proof of such authority despite two written requests via certified mail. There is no proof to the contrary.

10. DEBT COLLECTOR failed to stipulate that they are a Creditor in the contract to have
subject matter jurisdiction in this matter, despite two written Notices demanding that the Bank stipulate and clarify this fact for the record. There is no proof that the bank suffered
any loss in extending the alleged debt to RICHARD RONS.

11. A Notice of Lender's Default was declared on DEBT COLLECTOR by alleged debtor due to their lack of proof of claim through a private administrative process. This Notice of Lender's Default was recorded on public record and DEBT COLLECTOR was duly notified via certified mail #{Insert number} {Insert number}. DEBT COLLECTOR was given 3 days to contest this declaration. To date, DEBT COLLECTOR has entered NO CONTEST to this declaration.

IN WITNESS WHEREOF I hereunto set my hand and seal on this ____
_ day of June, 2023 and hereby certify all the statements made above are true, correct and complete.

Date: David M Ware _____   Signed:

_____

David M Ware – Authorized RepresentativeJURAT

State of Delaware
) ss:
County of Newcastle )

Subscribed and sworn to (or affirmed) before me on this ____1____ day of
_Novemeber_ _____, 2024 , by _Patricia D. Whitley_ , proved to
me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary (seal)
My Commission expires: _March 30, 2025_

PATRICIA D. WHITLEY
MY COMMISSION
EXPIRES
March 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE